UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DUFFY, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ALLSTATE INSURANCE COMPANY, ENCOMPASS HOME AND AUTO INSURANCE COMPANY, and NATIONAL GENERAL INSURANCE COMPANY,

Defendants.

**ORDER**

26-CV-06563 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties have stipulated, *inter alia*, that all proceedings and deadlines, including Defendants' obligation to respond to the Complaint, should be stayed pending a determination by the Second Circuit and/or New York Court of Appeals in the case titled *Pryce v. Progressive Insurance*, No. 25-2994 ("Pryce Litigation"). (Doc. 13).

Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case,[1] without prejudice to either party moving by letter motion to reopen the case within thirty days of the following: (a) if the Second Circuit denies the request for certification in the Pryce Litigation, thirty (30) days after such denial; (b) if the Second Circuit grants the request for certification but the New York Court of Appeals declines to accept the certified question, thirty (30) days after such declination by the New York Court of Appeals; or (c) if the Second Circuit

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

grants the request for certification, and the New York Court of Appeals accepts the certified question, thirty days after the final determination of the certified question by the New York Court of Appeals.

All conferences or other scheduled court appearances are cancelled.

SO ORDERED.

Dated: White Plains, New York
October 7, 2026

Philip M. Halpern
United States District Judge